IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WAYNE REDDING,                    :
                                  :
        Plaintiff,                :
                                  :
v.                                :
                                  :        No. 5:12-CV-174 (CAR)
STATE OF GEORGIA, et al.,         :
                                  :
        Defendants.               :
_____ :

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge

[Doc. 11] to dismiss Defendant "Nurse Johnson" from the instant action pursuant to 28

U.S.C. § 1915A for Plaintiff Wayne Redding's failure to state any allegations against

her in his Complaint and supplemental filings.  Plaintiff has not filed an objection to

the Recommendation.  Upon review of the Recommendation and consideration of the

matter, the Court agrees with the findings and conclusions of the United States

Magistrate Judge.  The Order and Recommendation [Doc. 11] is therefore **ADOPTED**

and **MADE THE ORDER OF THE COURT**, and Defendant Nurse Johnson is hereby

1

**DISMISSED** as a Defendant in this action.   Plaintiff's claims against the remaining

Defendants will go forward.

    **SO ORDERED,** this 2nd day of July, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH