IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WAYNE REDDING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:12-CV-174 (CAR) |
| THE STATE OF GEORGIA, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 41] to deny in part Defendants' Motion to Dismiss and grant in part Defendants' Alternative Motion for a More Definite Statement [Doc. 31]. Defendants have not filed an Objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Thus, the Order and Recommendation [Doc. 41] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendants' Motion to Dismiss or in the Alternative Motion for a More Definite State [Doc. 31] is **GRANTED in part and DENIED in part**. Defendants' Motion is **GRANTED** to the extent that it requests a more definite statement; Defendants' Motion is **DENIED** to the extent that it requests dismissal.

**SO ORDERED,** this 23rd day of October, 2012.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH