# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| WAYNE REDDING, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:12-CV-174 (CAR) |
| THE STATE OF GEORGIA, et al., | : | |
| Defendants. | : | |

## ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S
## ORDER AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 47] to dismiss Plaintiff Wayne Redding's Fourteenth Amendment due process and equal protection claims pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim. Plaintiff has not filed an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Order and Recommendation [Doc. 47] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Plaintiff's Fourteenth Amendment due process and equal protection claims are hereby **DISMISSED**. Plaintiff's Eighth Amendment, First Amendment, and ADA claims may proceed.

**SO ORDERED,** this 1st day of November, 2012.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH