IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WAYNE REDDING, a.k.a WAYNE REDDICK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:12-CV-174 (CAR) |
| STATE OF GEORGIA, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER ON THE RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 76] to deny *pro se* Plaintiff Wayne Redding's Motions for Preliminary Injunction [Docs. 42, 59, & 66] and supplemental Motions for Preliminary Injunction [Docs. 67 & 71] relating to his original claims under both 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132.  In the Recommendation, the Magistrate Judge found that Plaintiff's Motions fail to satisfy the prerequisites for the issuance of a preliminary injunction.  As of December 20, 2012, the date of the Recommendation, Plaintiff has filed <u>twenty-four</u> motions, notices, and briefs.  After carefully reviewing and liberally construing those filings, the Court concludes Plaintiff has not filed an Objection to the Recommendation.

1

Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the Magistrate Judge [Doc. 76] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Plaintiff's Motions for Preliminary Injunction [Docs. 42, 59, & 66] and his supplemental Motions for Preliminary Injunction [Docs. 67 & 71] are **DENIED**.

**SO ORDERED,** this 4th day of February, 2013.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH